UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KALSHIEX, LLC,<br><br>Defendant - Appellant. | No. 26-3106<br><br>D.C. No.<br>2:26-cv-01062-JCC<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: R. NELSON, BADE, and LEE, Circuit Judges.

The joint motion to stay proceedings (Dkt. No. 30) is GRANTED. The opening brief shall be due 30 days after the last of this court's mandates issues in *KalshiEX LLC v. Assad*, No. 25-7516, *North American Derivatives Exchange, Inc. v. Nevada*, No. 25-7187, or *Robinhood Derivatives, LLC v. Dreitzer*, No. 25-7831. The remaining briefs shall be due on the schedule set in Federal Rule of Appellate Procedure 31(a).